OPINION — AG — ** STATE PERSONNEL BOARD HEARING — PROCEDURE ** IN A HEARING CONDUCTED UNDER 74 O.S. 1973 Supp., 833 [74-833] THE APPOINTING AUTHORITY OR THE APPELLANT MAY EXAMINE WITNESSES OR PRESENT EVIDENCE NOT MENTIONED IN THE HEARING EXAMINERS REPORT. THE REPORT AND ANY ATTACHED EXHIBITS ARE BY LAW A PART OF THE RECORD OF THE HEARING AND IT IS NOT NECESSARY FOR EITHER SIDE TO MOVE ITS ADMISSION. CITE: 74 O.S. 1974 Supp., 833 [74-833] (OKLAHOMA RULES OF EVIDENCE) (DANIEL J. GAMINO)